1  Kevin J. Holl, Esq., SBN 124830
2  Jeremy Sugerman, Esq., SBN 146315
   Anne H. Nguyen, Esq., SBN 227079
3  **GORDON-CREED, KELLEY,**
   **HOLL & SUGERMAN, LLP**
4  222 Kearny Street, Suite 650
5  San Francisco, California  94108
   Telephone:  (415) 421-3100
6  Facsimile:  (415) 421-3150

7  Mark P. Harbison, Esq.
8  Christopher C. Young, Esq.
   **RUBIN, FORTUNATO & HARBISON P.C.**
9  10 South Leopard Road
   Paoli, PA  19301
10 Phone: (610) 408-2038
   Fax:    (610) 854-1860
11

12 Attorneys for Plaintiff
   MERRILL LYNCH & CO., INC.
13

14              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 MERRILL LYNCH & CO., INC.                    )
                                                ) Case No.        3:09-cv-04220-CRB
17            Plaintiff,                         )
                                                )
18      v.                                      ) **PLAINTIFF MERRILL LYNCH & CO.,**
                                                ) **INC.'S REQUEST TO CONTINUE CASE**
19 MICHAEL LENNING, LISA RAINS,                 ) **MANAGEMENT CONFERENCE**
20 JOHN ANDERSON and DOES 1-5                   ) **SCHEDULED FOR DECEMBER 18, 2009**
                                                ) **AND [PROPOSED] ORDER**
21                                              )
22            Defendants.                       ) **Date:        December 18, 2009**
                                                ) **Time:        8:30 A.M.**
23                                              ) **Place:       Courtroom 8, 19th Floor**
24 _____           **Trial Date:   None**
25

26      Plaintiff Merrill Lynch & Co., Inc. ("Merrill Lynch") respectfully requests that the Court

27 continue the Case Management Conference, currently scheduled for December 18, 2009 at 8:30 a.m., to

28 February 19, 2010 or at a date thereafter convenient for the Court.

1    Merrill Lynch respectfully makes this request for the following reasons:

2    1.    A Case Management Conference is currently scheduled for December 18, 2009 at 8:30

3    a.m.  Merrill Lynch filed its Case Management Conference on December 11, 2009.

4    2.    Despite its diligent efforts, Merrill Lynch has been unable to serve the Complaint on

5    Defendants Michael Lenning, Lisa Rains, and John Anderson because it has been unable to locate

6    Defendants' addresses for proper service.  Thus, there has been no appearance by any Defendants in this

7    matter.

8    3.    On September 18, 2009, this Court granted Merrill Lynch's request for expedited

9    discovery so that Merrill Lynch may subpoena the records from various internet service providers,

10   including Google, Yahoo!, and Pac West Telecomm, Inc., in order to ascertain the identity and personal

11   information of Defendants; information that Merrill Lynch could not obtain otherwise through publicly

12   available information.  On September 22, 2009, Merrill Lynch promptly served Google, Yahoo!, and

13   Pac West Telecomm, Inc. with subpoenas requesting information pertaining to Defendants' fraudulent

14   use of Merrill Lynch's name and marks.  Responses from these internet service providers led Merrill

15   Lynch to issue an additional subpoena to Level 3 Communications on October 8, 2009.  Merrill Lynch

16   was thereafter informed by Level 3 Communications that information pertaining to a relevant phone

17   number belonged to a separate entity, Skype Inc.  A subpoena to Skype Inc. was issued on October 28,

18   2009.  On November 6, 2009, Merrill Lynch received correspondence from the legal department of

19   Skype Inc. indicating that the information requested could only be obtained through Skype

20   Communications S.a.r.l, a Luxembourg Corporation, and only upon receipt of an order from a

21   Luxembourg Court.

22   4.    There is good cause to continue the Case Management Conference for at least 60 days, to

23   the date of February 19, 2010, or a date thereafter suitable for the Court, because Plaintiff requires

24   additional time to continue its efforts to ascertain the identities and location of Defendants for proper

25   service of the Complaint.  By this date, Merrill Lynch believes it will have exhausted its efforts to locate

26   Defendants for proper service.  Furthermore, to the extent Defendants will be served and become proper

27   parties to this litigation, a continuance of the Case Management Conference will promote judicial

28

1   economy, given that all parties will be present and able to address the issues relevant to the Case

2   Management Conference.

3        Accordingly, Merrill Lynch requests that the Court continue the Case Management Conference

4   to February 19, 2010 at 8:30 a.m., or on a date thereafter suitable for the Court.

5

6   Dated: December 16, 2009                    GORDON-CREED, KELLEY,
                                                 HOLL & SUGERMAN, LLP,
7

8

9                                     By:    ____/s/ Kevin Holl_____
                                             Kevin J. Holl
10                                            Anne H. Nguyen
                                             Attorneys for Plaintiff
11                                            MERRILL LYNCH & CO., INC.

12

13                                    **ORDER**

14        **IT IS SO ORDERED:**

15        The further Case Management Conference set for December 18, 2009 is continued to
                    2010
16   February 19, ~~2009~~ at 8:30 a.m.

17

18

19   DATED:  Dec. 17, 2009              _____
                                        HONORABLE JUDGE CHARLES R. BREYER
20

21

22

23

24

25

26

27

28